AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )    Case No. 25-mj- 104-01-TSM
)
Information Associated With the Target Cellular )
Telephone Assigned Call Number: (603) 233-2456 )
("TT-2") )

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A to McGee Affidavit.

located in the _____ District of _____ Massachusetts _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B to McGee Affidavit.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1); 846 | Distribution of Controlled Substances; Conspiracy to Distribute Controlled Substances |

The application is based on these facts:
*See* McGee Affidavit (attached). To ensure technical compliance with 18 U.S.C. §§ 3121-3127, the warrant will also function as a pen register order. I, Assistant United States Attorney Mike Shannon, thus certify that the information likely to be obtained is relevant to an ongoing criminal investigation conducted by the FBI/DEA. *See* 18 U.S.C. §§ 3122(b), 3123(b). */s/ Mike Shannon*

☐ Continued on the attached sheet.

☑ Delayed notice of ___30___ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Michael J. McGee
*Applicant's signature*

Michael J. McGee, FBI Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ Telephone _____ *(specify reliable electronic means)*.

Date: **May 29, 2025**

*Judge's signature*

City and state: Concord, New Hampshire     Hon. Talesha L. Saint-Marc, U.S. Magistrate Judge
*Printed name and title*